## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Penrod Lane, LLC a Minnesota limited liability company and Ashraf, LLC, a Minnesota limited liability company,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTRY Mutual Insurance Company,<br><br>　　　　　　　　　Defendant. | Court File No: 13-cv-1336 (JNE/TNL)<br><br>**DEFENDANT COUNTRY MUTUAL INSURANCE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT** |

TO:   PLAINTIFF ABOVE-NAMED AND PLAINTIFF'S ATTORNEY, Joel A. Seltz, Seltz & Seltz, PLLP, 5001 Chowen Avenue South, Minneapolis, MN 55410.

Defendant COUNTRY Mutual Insurance Company ("COUNTRY") makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does COUNTRY have a parent corporation?

    No.

2. Is 10% or more of the stock of COUNTRY owned by a publicly held corporation?

    No.

Dated:  6/10/13

　　　　　　　　　　　　　　　　　　　s/Leatha G. Wolter
　　　　　　　　　　　　　　　　　　　Leatha G. Wolter (#175614)
　　　　　　　　　　　　　　　　　　　Tamara L. Rollins (#313403)
　　　　　　　　　　　　　　　　　　　Meagher & Geer, P.L.L.P.
　　　　　　　　　　　　　　　　　　　33 South Sixth Street, Suite 4400
　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402
　　　　　　　　　　　　　　　　　　　(612) 338-0661
　　　　　　　　　　　　　　　　　　　Email:  lwolter@meagher.com
　　　　　　　　　　　　　　　　　　　　　　　trollins@meagher.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant COUNTRY Mutual Insurance Company*

8863527.1