**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Penrod Lane, LLC a Minnesota limited
liability company and Ashraf, LLC, a
Minnesota limited liability company,

                Plaintiffs,

v.

COUNTRY Mutual Insurance Company,

                Defendant.

Court File No: 13-cv-1336 (JNE/TNL)

**NOTICE OF APPEARANCE FOR**
**ANDREW D. DEUTSCH**

---

      The undersigned attorney hereby notifies the court and counsel that Andrew D.

Deutsch will appear as counsel of record for defendant COUNTRY Mutual Insurance

Company in this case.

Dated:     August 13, 2013

                s/Andrew D. Deutsch
Leatha G. Wolter (#175614)
Tamara L. Rollins (#313403)
Andrew D. Deutsch (#353176)
MEAGHER & GEER P.L.L.P
33 South 6th Street, Ste. 4400
Minneapolis, MN  55402
Telephone:  (612) 338-0661
Facsimile:  (612) 338-8384
Email: lwolter@meagher.com
          trollins@meagher.com
          adeutsch@meagher.com

*Attorneys for Defendant COUNTRY*
*Mutual Insurance Company*

9198579.1